5 A.3d 211

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James HANTON, Petitioner.**

**No. 93 EM 2010.**

Supreme Court of Pennsylvania.

Sept. 27, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2010, the Application for Leave to File Original Process and the "Emergency Extraordinary Relief Petition for Writ of Habeas Corpus," treated as a Petition for Writ of Habeas Corpus, are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation is improper). The Prothonotary is directed to forward these filings to counsel of record.